HOLTZCLAW, administrator, *v.* EDMONDSON.

SIMMONS, C. J. 1. A certified copy of a deed, taken from the proper records, is, when the loss or destruction of the original has been shown, admissible in evidence to prove the existence, genuineness, and contents of the original. *Hayden* v. *Mitchell*, 103 *Ga.* 431.

2. There was sufficient evidence to authorize the jury to find that the defendant had acquired a good prescriptive title to the land in dispute, and a verdict in his favor was not contrary to law.

*Judgment affirmed.*    *All the Justices concurring.*

Argued October 14, — Decided November 8, 1901.

Ejectment. Before Judge Fite. Murray superior court. February term, 1901.

*R. J. & J. McCamy*, for plaintiff.
*Jones & Martin*, for defendant.